```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 10934
    SHARON L FLEMING
    KIM FLEMING SR                            CHAPTER 13

                                              JUDGE: BRUCE W BLACK
          Debtor
    SSN XXX-XX-2952     SSN XXX-XX-3006
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/19/07 .

2. The case was dismissed without confirmation, 10/26/2007.

3. The Debtor paid a total of $ 2209.23 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MTGE | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MTGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| OPTION ONE MTGE | SECURED | .00 | .00 | .00 |
| OPTION ONE MTGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | 266.12 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | 497.88 |
| TRACEY PORE | CHILD SUPPORT | NOT FILED | .00 | .00 |
| AAA CHECKMATE | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE | UNSECURED | NOT FILED | .00 | .00 |
| BROTHER LOAN & FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHEX SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CRETE MONEE HIGH SCHOOL | UNSECURED | NOT FILED | .00 | .00 |
| CRETE MONEE HIGH SCHOOL | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| DISCOUNT ADVANCES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ICS | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| TRANSWORLD SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| IMAGINE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |

```
TELLER LEVIT & SILVERTRU  UNSECURED         NOT FILED              .00           .00
JC PENNEY                 UNSECURED         NOT FILED              .00           .00
CREDITORS ALLIANCE INC    UNSECURED         NOT FILED              .00           .00
KAPLAN UNIVERSITY         UNSECURED         NOT FILED              .00           .00
LITTLE LOAN SHOPPE        UNSECURED         NOT FILED              .00           .00
MAGNUM CASH ADVANCE       UNSECURED         NOT FILED              .00           .00
NATIONAL OPPORTUNITY      UNSECURED         NOT FILED              .00           .00
NICOR GAS                 UNSECURED         NOT FILED              .00           .00
ONE STEP CASH             UNSECURED         NOT FILED              .00           .00
HSBC                      UNSECURED         NOT FILED              .00           .00
PAYDAY SELECT             UNSECURED         NOT FILED              .00           .00
PAYDAY TODAY CASH NOW     UNSECURED         NOT FILED              .00           .00
ACADEMY COLLECTION SERVI  UNSECURED         NOT FILED              .00           .00
REDCATS USA               UNSECURED         NOT FILED              .00           .00
REGISTRARS OFFICE         UNSECURED         NOT FILED              .00           .00
ROUTE 66 FUNDING          UNSECURED         NOT FILED              .00           .00
SBC AMERITECH             UNSECURED         NOT FILED              .00           .00
SILHOUETTES               UNSECURED         NOT FILED              .00           .00
SULLIVAN URGENT AID CTR   UNSECURED         NOT FILED              .00           .00
T MOBILE                  UNSECURED         NOT FILED              .00           .00
TELECHECK SERVICES INC    UNSECURED         NOT FILED              .00           .00
```

Summary of disbursements:

```
                      SECURED      PRIORITY    UNSECURED       OTHER        TOTAL

TOTAL CLMS ALLOWED        .00           .00          .00         .00          .00
PRINCIPAL PAID         764.00           .00          .00         .00       764.00
INTEREST PAID             .00           .00          .00         .00          .00
TOTAL PAID             764.00           .00          .00         .00       764.00
```

The Debtor's attorney, GROCHOCINSKI & GROCHOCINSKI   , was allowed $   2500.00 and was paid $    616.00  direct and $      .00  through the plan.

The Trustee received $     36.00 .

Refunds to the Debtor totaled $   1409.23 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 01/14/08              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

PAGE 3
CASE NO. 07 B 10934 SHARON L FLEMING & KIM FLEMING SR